# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CAMILIA T. TERRY,

            Plaintiff,    :    Case No. 3:21-cv-035

                                    District Judge Michael J. Newman

- vs -

MS. LT. CRAWFORD, et al.,

            Defendants.    :

## ORDER VACATING REFERENCE

The reference of the above-captioned case to Magistrate Judge Michael R. Merz (ECF No. 6) is hereby VACATED.

March 18, 2021                                                                  s/ Michael J. Newman
                                                                                     Hon. Michael J. Newman
                                                                                     United States District Judge