UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CAMILIA T. TERRY, | : | Case No. 3:21-cv-35 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| | : | |
| MS. LT. CRAWFORD, *et al.*, | : | **ORDER GRANTING PLAINTIFF'S** |
| | : | **MOTION FOR LEAVE TO FILE** |
| Defendants. | : | **UNDER SEAL** |
| | : | |

Plaintiff Camilia T. Terry has moved the Court for leave to file under seal the respective Summons in a Civil Action, as directed to Defendants Mark Crawford and Roosevelt Pope, as well as any subsequently-related service documentation. For good cause shown, it is hereby ORDERED that Plaintiff's Motion for Leave to File under Seal (Doc. #58) is GRANTED.

**IT IS SO ORDERED.**

April 8, 2022

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

73228500v2